**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**August 7, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

| | |
|---|---|
| LAWRENCE RUBIN MONTOYA, | |
| Plaintiff - Appellee, | |
| v. | No. 17-1106 |
| DETECTIVE MARTIN E. VIGIL, (Shield No. 86-12); DETECTIVE MICHAEL MARTINEZ, (Shield No. 82-29); LIEUTENANT JONATHAN W. PRIEST, (Shield No. 86-12), | (D.C. No. 1:16-CV-01457-RPM) (D. Colo.) |
| Defendants - Appellants, | |
| and | |
| CITY AND COUNTY OF DENVER; JOHN DOES, Officers, in their individual and official capacities, | |
| Defendants. | |

---

## JUDGMENT

---

Before **TYMKOVICH**, Chief Judge, **BRISCOE**, and **BACHARACH**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States

District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

          Entered for the Court

          *Elisabeth A. Shumaker*

          ELISABETH A. SHUMAKER, Clerk